IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In re:                                                                        Civ. No. 13-1097 KG/LAM

TRES HERMANOS DAIRY, LLC,                                   Bankr. No. 10-14240-t11

      Debtor.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Plaintiff filed this action on November 12, 2013. The underlying Bankruptcy Court case was settled and dismissed on April 7, 2014. An e-mail to the Court from counsel was received on May 14, 2014, indicating this case has settled and everything was dismissed. However, after two e-mailed requests by the Court to file dismissal paperwork for this case, counsel has failed to do so.

**WHEREFORE, IT IS HEREBY ORDERED** that Plaintiff must file a written explanation why this case should remain open, on or before July 18, 2014, or the case will be dismissed.

_____
UNITED STATES DISTRICT JUDGE